Court, Appellate Division, Second Department. December 30, 1908.) Action by Arthur L. Lee, as agent, etc., against the Revolving Airship Tower Company No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LEE, Respondent, v. REVOLVING AIRSHIP TOWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Arthur L. Lee, agent of the Steeplechase Company, etc., against the Revolving Airship Tower Company. No opinion. Motion denied, without costs.

---

LENT, Respondent, v. NEW PALTZ, H. & P. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Abraham D. Lent against the New Paltz, Highland & Poughkeepsie Traction Company. No opinion. Interlocutory judgment affirmed, with costs, and with leave to defendant, on payment of such costs and of the costs at Special Term, to withdraw demurrer and serve an answer within 20 days.

---

LEO, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Antonio Leo against the Delaware, Lackawanna & Western Railroad Company. F. W. Thomson, for appellant. J. B. Mackie, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LEO v. DELAWARE, L. & W. RY. CO. (two cases). (Supreme Court. Appellate Division, First Department. January 29, 1909.) Actions by Antonio Leo against the Delaware, Lackawanna & Western Railway Company. No opinion. Motions denied, with $10 costs in each case. Orders filed.

---

LEVIN et al., Appellants, v. SCHADOFF, Respondent, et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Levin and another against Jacob Schadoff, impleaded with others. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LINSKY, Appellant, v. HESSEL, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by David A. Linsky against Albert C. Hessel. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LIPSCHITZ, Appellant, v. DESOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Wolf Lipschitz against Samuel Desowitz. C. Goldzier, for appellant. E. A. Jones, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

LITCHFIELD, Respondent, v. BOND et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Edward H. Litchfield against Edward A. Bond and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

LOFTUS, Appellant, v. LEONARD et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by John J. Loftus against John Leonard and others. Holt & Duross, for appellant. J. J. Mahoney, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

---

LOGAN, Respondent, v. WHITLEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Ellen R. Logan, as administratrix, etc., against Frederic Nelson Whitley and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 114 N. Y. Supp. 255.

---

LOGERTO, Respondent, v. CENTRAL BLDG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Frank Logerto against the Central Building Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $12,000, in which event the judgment, as reduced, and order, are affirmed, without costs. See, also, 123 App. Div. 840, 108 N. Y. Supp. 604.

RICH, J., votes for reversal.

---

LONG, Respondent, v. DRUCKER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by William S. Long against Max Drucker. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

LONZONO, Respondent, v. NEW YORK CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Joseph Lonzono against the New York Contracting Company. J. C. Toole, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LOVELY, Appellant, v. OCEAN S. S. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by Mary Lovely, as administratrix, against the Ocean Steamship Company. D. C. Hirsch, for appellant. H. Barry, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

LUCY, Respondent, v. AMERICAN BRIDGE CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Margaret Lucy, as administratrix de bonis non of Timothy Lucy, deceased, against the American Bridge Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., not voting.

---

LUONGO v. DAVIS. (Supreme Court, Appellate Division, First Department. December

18, 1908.) Action by Raffael Luongo against Hyman Davis. No opinion. Motion denied, with $10 costs. Order filed.

LYNCH v. NEW YORK EVENING JOURNAL CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Helena Lynch against the New York Evening Journal Company. No opinion. Leave granted to remove papers from files. Settle order on notice.

McARTHUR, Respondent, v. CENTRAL UNION GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Margaret McArthur, as administratrix, against the Central Union Gas Company. J. V. Bouvier, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500, in which event, judgment, as so modified, and order, affirmed without costs. Settle order on notice.

McCOLLUM, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Alexander J. McCollum against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

McCORD v. THOMPSON STARRETT CO. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by William H. McCord against the Thompson Starrett Company. No opinion. Motion denied, with $10 costs. Order filed.

McFADDEN, Appellant, v. INNES, Respondent. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Louis F. McFadden against John A. Innes. T. D. Rambaut, for appellant. E. W. Persons, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 543, 112 N. Y. Supp. 912.

INGRAHAM, J., dissents.

McGIBBON, Respondent, v. HOUSMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Peter McGibbon against Jacob I. Housman. No opinion. Order affirmed, with $10 costs and disbursements.

In re McINTOSH. (Supreme Court, Appellate Division, First Department. December 18, 1908.) In the matter of Janet McIntosh. No opinion. Motion granted, with $10 costs. Order filed.

McKEY, Respondent, v. SCHEIDERER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by John McKey against Mary Scheiderer and others.

PER CURIAM. The judgment should be modified, by striking out the provision therein that from the balance of the purchase money there should be deducted the sum of $353.62 costs and disbursements, and providing that the plaintiff recover of the defendants Gruet and Scheiderer the said sum of $353.62 costs and disbursements, and, as so modified, affirmed, with costs.

McMANUS, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Caroline E. McManus against the City of Troy. No opinion. Judgment unanimously affirmed, with costs.

McMANUS, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 22, 1909.) Action by Caroline F. McManus against the City of Troy. No opinion. Motion denied.

McNAMARA, Respondent, v. CITY OF YONKERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Mary Ann McNamara against the City of Yonkers. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $4,000, in which event the judgment, as modified, and order, are unanimously affirmed, without costs.

McNICKLE, Appellant, v. DELANEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Andrew F. McNickle against Bridget Delaney and another. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

McNULTY et al., Respondents, v. ANDREW J. ROBINSON CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Patrick H. McNulty and Thomas J. McNulty, doing business under the firm name and style of McNulty Bros., against the Andrew J. Robinson Company and another. No opinion. Judgment unanimously affirmed, with costs.

MAGAGNOS v. OHMEIS. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Everitt Magagnos against P. H. Ohmeis. No opinion. Motion denied, with $10 costs. Order filed.

MAGGIE v. A. H. MEYER CO. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Providenza Mag-